UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. JULIAN WINE CO., INC.,

    Plaintiff,

v.

THE CINCINNATI INSURANCE COMPANY,

    Defendant.

_____/

Case No. 1:20-cv-374

Hon. Hala Y. Jarbou

## JUDGMENT

In accordance with the opinion and order entered this date:

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim.

Dated: March 19, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE